IN THE SUPREME COURT OF THE STATE OF DELAWARE

BOBBY TAYLOR,                          §
                                       §    No. 332, 2023
      Defendant Below,                 §
      Appellant,                       §    Court Below: Superior Court
                                       §    of the State of Delaware
      v.                               §
                                       §    Cr. ID No. 1511017784A&B
STATE OF DELAWARE,                     §
                                       §
      Appellee.                        §

Submitted:   June 5, 2024
Decided:     June 12, 2024

Before **VALIHURA**, **TRAYNOR**, and **GRIFFITHS**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its August 16, 2023 memorandum opinion and order.

NOW, THEREFORE, IT IS ORDERED that the Superior Court's judgment is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice